# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 26-mc-1211 |
| | ) | |
| SURGENEX, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF HUGHAM CHAN</u>**

I, Hugham Chan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney at Rothwell, Figg, Ernst & Manbeck, P.C., which represents Surgenex, LLC ("Surgenex") in *MiMedx Group, Inc. v. Surgenex, LLC*, No. 24-cv-3558 (D. Ariz.). On Surgenex's behalf, I caused a document subpoena and a deposition subpoena to be served on Tissue Transplant Technology, Ltd. d/b/a Bone Bank Allografts ("Bone Bank").  True and correct copies of these subpoenas are attached as Exhibits A and B to Bone Bank's Motion to Quash.

2.      On February 24, 2026, Bone Bank served a copy of its Objections and Responses to Subpoenaed Documents and Subpoenaed Deposition, as well as a copy of its Motion to Quash Subpoenas.  A true and correct copy of the Objections and Responses is attached as Exhibit 3 to Surgenex's Opposition to Tissue Transplant Technology Ltd's Motion to Quash Subpoenas.

3.      On February 25, 2026, I contacted Bone Bank's counsel to meet and confer about the motion to quash.

4.      After the call, I sent Bone Bank's counsel an email, narrowing the document requests in the document subpoena and shortening the length of the subpoenaed deposition of Bone Bank.

5.      On February 26, 2026, Bone Bank's counsel responded to my email.

6.      A true and correct copy of the correspondence between Bone Bank's counsel and me, from February 25, 2026 to February 26, 2026, is attached as Exhibit 4 to Surgenex's Opposition to Tissue Transplant Technology Ltd's Motion to Quash Subpoenas.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Executed on March 3, 2026

/s/ Hugham Chan
Hugham Chan