# Exhibit 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

MIMEDX GROUP, INC.,                     §
    PLAINTIFF,                       §
                                     §
V.                                      §          **CIVIL CASE**
                                     §          **NO. 2:24-CV-03558-SMB**
                                     §
SURGENEX, LLC                           §
                                     §
    DEFENDANT.                       §

---

### OBJECTIONS AND RESPONSES TO SUBPOENAED DOCUMENTS AND SUBPOENAED DEPOSITION

Tissue Transplant Technology, Ltd. d/b/a Bone Bank Allografts ("Bone Bank") hereby serves these Objections and Responses to the subpoenas issued by Surgenex, Inc. on February 13, 2026.  These objections and responsive are asserted subject to a ruling on the pending Motion to Quas Subpoenas, filed February 24, 2026.

### GENERAL OBJECTIONS

Bone Bank asserts the following general objections:

The following general objections apply to all of the requests contained in the Requests (the "Requests"), irrespective of whether the general objections are expressly referred to in the specific responses. The specific objections are intended to amplify the general objections, and neither limit the applicability of any of the general objections nor waive any objections which may be applicable to each request.

1. Bone Bank objects to the Request because they call for the production of documents outside the scope of discovery permitted under the Federal Rules of Civil Procedure and seek to

Page 1 of 13

impose obligations in excess of those required by the Federal Rules of Civil Procedure, local rules, and/or applicable case law.

2. Bone Bank objects to the Requests because they seek information protected from discovery by the attorney-client privilege, by the work product doctrine, as material prepared in anticipation of litigation, or by other doctrines, privileges, rules or laws. No responsive document produced shall result in the waiver or limitation of any privilege.

3. Bone Bank objects to the Requests because they are vague and use undefined and ambiguous terms.

4. Bone Banks objects to the Requests because they lack specificity and fail to describe each requested item and category with reasonable particularity.

5. Bone Bank objects to the Requests because they seek information that is not relevant or material to the subject matter of the pending action, and that is not reasonably calculated to lead to the discovery of admissible evidence.

6. Bone Bank objects to the Requests to the extent that they seek documents that do not exist or seek the creation of documents.

7. Bone Bank objects to the Requests to the extent that they seek documents already in Plaintiff's possession, documents available in the public domain, documents previously produced, or documents that have been filed of record in this action. Providing such documents would be duplicative and unduly burdensome, and the responsive information is more easily obtained through other means.

8. By responding to the Requests, Bone Banks does not waive any objections based upon lack of authenticity, hearsay, or otherwise, and does not waive any evidentiary objections whatsoever as to the documents, responses or information contained in or accompanying these responses. In addition, Bone Bank specifically reserves their rights to challenge the competency, relevancy, materiality and admissibility of such information in any proceeding, hearing, motion or trial in this or any other action.

9. Bone Bank reserves their rights to supplement or modify their responses to the Requests at any time up to and including the time of trial.

10. The objections set forth above are incorporated in each response below and shall be deemed to be continuing although not specifically referred to in each response.

The following enumerated paragraphs correspond to the paragraph numbers set forth in Surgenex Request for Production.

**Request No. 1:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case"). Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 2:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects

because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 3:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 4:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 5:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary

information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 6:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 7:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 8:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any

documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 9:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 10:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 11:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any

documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 12:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 13:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 14:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any

documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 15:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 16:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

**Request No. 17:** Bone Bank objects to this request that it is overly broad, overly broad in time and scope, burdensome, harassing, and seeks information neither relevant to the subject matter of the case between MiMedx and Surgenex ("the Underlying Case") Bone Bank further objects because it seeks information that is the protected confidential information, proprietary information and/or straight secret information of Bone Bank. Bone Bank will not produce any

documents or information responsive to this Request for Production pending ruling on Bone Bank's Motion to Quash.

The following enumerated paragraphs correspond to the enumerated paragraphs in the subpoena for the deposition topics.

**Request No. 1**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic.  No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 2**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic.  No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 3**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic.  No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 4**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of

admissible evidence Bone Bank no longer has any individual knowledgeable of this topic.  No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 5**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic. No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 6**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic.  No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 7**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic.  No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 8**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic. No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 9**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic. No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 10**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic. No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 11**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic. No witnesses will be produced pending ruling on the Motion to Quash.

**Request No. 12**: Bone Bank objects to this topic as being overly broad, vague, burdensome in time and scope, harassing and seeks information that is neither relevant to the subject matter of the lawsuit between Surgenex and MiMedx, nor reasonably calculated to lead to the discovery of admissible evidence Bone Bank no longer has any individual knowledgeable of this topic. No witnesses will be produced pending ruling on the Motion to Quash.

Dated: February 24, 2026                    Respectfully submitted,


                                            By:/s/ Robert L. McRae
                                            Robert L. McRae
                                            Texas State Bar No. 24046410
                                            Gunn, Lee & Cave, P.C.
                                            8023 Vantage Dr., Suite 1500
                                            San Antonio, Texas 78230
                                            (210) 886-9500 (Voice)
                                            (210) 886-9883 (Fax)
                                            rmcrae@gunn-lee.com

                                            ATTORNEY FOR TISSUE TRANSPLANT
                                            TECHNOLOGY, LTD. D/B/A BONE
                                            BANK ALLOGRAFTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2026, the undersigned and emailed a copy of the foregoing Objections and Responses to Subpoenaed Documents and Subpoenaed Deposition to all counsel of record in the Underlying Litigation, namely:

**Adam M Nicolais**
Rothwell Figg Ernst & Manbeck PC - New York Ave
901 New York Ave. NW, 900 E
Washington, DC 20001
202-783-6040
Email:
anicolais@rothwellfigg.com

**Brett Postal**
Rothwell Figg Ernst & Manbeck PC - New York Ave
901 New York Ave. NW, 900 E
Washington, DC 20001
202-783-6040
Email: bpostal@rfem.com

**Joseph A Hynds**
Rothwell Figg Ernst & Manbeck PC - New York Ave
901 New York Ave. NW, 900 E
Washington, DC 20001
202-783-6040
Email: jhynds@rfem.com

**Thomas Andrew Gilson**
Beus Gilbert McGroder PLLC
701 N 44th St.
Phoenix, AZ 85008
480-429-3000
Fax: 480-429-3100
Email:
tgilson@roselawgroup.com

**Edward Anthony Figg**
Rothwell Figg Ernst & Manbeck PC - New York Ave
901 New York Ave. NW, 900 E
Washington, DC 20001
202-783-6040
Email: efigg@rfem.com

**Nicole M DeAbrantes**
Rothwell Figg Ernst & Manbeck PC - New York Ave
901 New York Ave. NW, 900 E
Washington, DC 20001
202-783-6040
Fax: 202-783-6031
Email: ndeabrantes@rfem.com

**Travis P Roberts**
Beus O'Connor McGroder PLLC
701 N 44th St.
Phoenix, AZ 85008
480-429-3017
Email:
troberts@bomlawgroup.com

**Hugham Chan**
Rothwell Figg Ernst & Manbeck PC - New York Ave
Washington
901 New York Ave. NW, Ste. 900 E
Washington, DC 20001
771-717-9806
Email:
hchan@rothwellfigg.com

**Sharon L Davis**
Rothwell Figg Ernst & Manbeck PC - New York Ave
901 New York Ave. NW, 900 E
Washington, DC 20001
202-783-6040
Email:
sdavis@rothwellfigg.com

By:      /s/ Robert L. McRae
Robert L. McRae